IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHALANDRA M. WASHINGTON,

   Plaintiff,

    v.

SPRINT FOOD STORES, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-823-TWT

### ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. For the reasons set forth in the Report and Recommendation, the Plaintiff fails to state a plausible claim for relief. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 29 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge